

FILED

FEB 26 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Richard Edward Winning @                3405027

_____                _____

_____                _____

_____                _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                         CIVIL ACTION NO. 2:18-cv-0358
                              *(Number to be assigned by Court)*

Staff members- Central Regional Jail  correctional officer

Central  Regional  Jail  Amin.

Central  Regional  Jail.  ~~~~ Lieutenant, Captain, and The
                                      Seagent

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## <u>COMPLAINT</u>

**I.    Previous Lawsuits**

    **A.**   Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?

              Yes _____          No ___✓___

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs:   _____

_____

_____

Defendants:   _____

_____

_____

2.   Court (if federal court, name the district; if state court, name the county);

_____

_____

3.   Docket Number:   _____

4.   Name of judge to whom case was assigned:

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

_____

6.   Approximate date of filing lawsuit:   _____

7.   Approximate date of disposition:   _____

II.    **Place of Present Confinement:** Central Regional Jail

    A.    Is there a prisoner grievance procedure in this institution?

              Yes __✓__        No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

              Yes __✓__        No _____

    C.    If you answer is YES:

        1.    What steps did you take? Every Steps

        2.    What was the result? NO Answers do To We File Them on A Computer now And dont Get Copys.

    D.    If your answer is NO, explain why not: _____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: Richard E. Winning 3405027

        Address: Central Regional Jail 1255 Dyer Hill Road, Sutton, WV 26601

    B.    Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: Staff members- Correctional officers

is employed as: Central Regional Jail

at 1255 Dwyer Hill Road, Sutton, WV 26601

D.    Additional defendants: Central Regional Jail

a Seagent, Lieutenant, Captain, And Amin.

IV.    **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb 22, 2018 At 10:30Am I Ask to Get out To use The Phone. to Call my Lawyer Plus To Call My Family member do to The fact my Mother is in The Hospial she HAD A Heart Attect. and This is The only Jail That will Refuse you to CAll your Lawyer I have Ask all Week And on Thursdays is The only day I can get a hold of Him. a Cause He is Not in Court on

4

**IV.    Statement of Claim (continued):**

Thursday so he told me to make sure + call him Between The Hrs of 10:30 AM and 4PM And This is only on Thursdays I use to work for a Reg Jail And This is a Immatues Rights to use The phone to call Lawyer. And if They Refuse us This is wrong And it is agist are Constational Right

ThankYou.

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To fix This issue And To move me out of The Jail do to me Haveing Trouble. With The Staff And Amins. plus The Seggent, Leeutenents, Captains And Amins. plus All of The Staff members Here At The Central Regional Jail in Sutton, WV 26601 Need to Be move A.S.A.P. please. And or Talk to you all on This issue And or Have Central office Come down here please

ThankYou.

**V.      Relief (continued)):**

_____

_____

_____

_____

_____


**VII.   Counsel**

    A.      If someone other than a lawyer is assisting you in preparing this case, state the person's name:

            NoNe

    B.      Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                Yes _____      No ✓

        If so, state the name(s) and address(es) of each lawyer contacted:

NoNe

        If not, state your reasons:   hAVe No money And No way to Get A Lawyer NeEd help to Get on CAN you help me please

    C.      Have you previously had a lawyer representing you in a civil action in this court?

                Yes _____      No ✓

If so, state the lawyer's name and address:

_____ NONE _____

_____

Signed this ___22___ day of ___Feb_____, 20 _18_ .

_Richard E. Winning 3405027_

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Feb 22, 2018_____ .
                     (Date)

_Richard E. Winning 3405027_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7